UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF IOWA
WESTERN DIVISION

| | | |
|---|---|---|
| PATRICK M MURRAY, | ) | |
| | ) | CASE NO. C06-4065 MWB |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | JUDGMENT |
| | ) | IN A CIVIL CASE |
| COMMISSIONER OF SOCIAL SECURITY, MICHAEL J ASTRUE, | ) ) | |
| | ) | |
| Defendant. | ) | |

This matter came before the Court. The issues have been decided and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

The Court reverses and remands this case to the Commissioner of Social Security pursuant to sentence four of 42 USC § 405(g) for further proceedings to determine whether Murray has been disabled since October 31, 1999.

DATED: December 20, 2007

Robert L. Phelps - Clerk

S/src
By: Deputy Clerk